Richard K. Gustafson, Bar #193914
Legal Helpers, P.C.
233 S. Wacker Dr., Suite 5150
Chicago, IL 60657
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rkg@legalhelpers.com
*Attorney for Plaintiff Rocio Bobadilla*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Rocio Bobadilla,<br><br>　　　Plaintiff,<br><br>v.<br><br>Creditors Financial Group, LLC,<br><br>　　　Defendant. | Case No.: 2:08-cv-08264-R-PLA<br><br><br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　LEGAL HELPERS, P.C.

　　　　　　　　　　　　　　　By:*/s/ Richard K. Gustafson*
　　　　　　　　　　　　　　　　　Richard K. Gustafson II (Bar # 193914)
　　　　　　　　　　　　　　　　　233 S. Wacker Dr., Suite 5150
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　Tel:  866-339-1156
　　　　　　　　　　　　　　　　　Fax: 312-822-1064
　　　　　　　　　　　　　　　　　rkg@legalhelpers.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Rocio Bobadilla*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 13, 2009 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

Creditors Financial Group, LLC
3131 S Vaughn Way Ste 100
Aurora, CO 80014

                                            */s/ Richard K. Gustafson*